**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

FRATERNAL ORDER OF POLICE LODGE
NO. 5,

           Petitioner

     v.

CITY OF PHILADELPHIA,

           Respondent

:  No. 21 EAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.